# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-12807-AMC |
| Damien W. Butts, | Chapter 13 |
| Debtor. | |

**Certificate of Service**

I, Michael A. Cibik, certify that on July 30, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: July 30, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

## Method of Service: First Class Mail

Affirm, Inc.
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
c/o AIS Portfolio Services
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ccb/saks
Po Box 182120
Columbus, OH 43218

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

Cooper Hospital
1 Cooper Plz
Camden, NJ 08103-1461

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Elan Fin Svcs/Ent Cu
Attn: Bnakruptcy
800 Nicollet Mall
Minneapolis, MN 55402

**Goldman Sachs Bank USA**
Attn: Bankruptcy
P.O. Box 70379
Philadelphia, PA 19176

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Klarna**
800 N High Street Suite 400
Columbus, OH 43215

**LabCorp**
Attn: Bankruptcy
358 S Main St
Burlington, NC 27215-5837

**Lankenau Medical Center**
c.o Main Line Health
240 N Radnor Chester Rd
Wayne, PA 19087-5170

**Mercury/Fbt**
Attn: Bankruptcy
PO Box 84064
Columbus, GA 31908

**Mission Lane LLC**
P.O. Box 105286
Atlanta, GA 30348

**Navy Federal Cr Union**
820 Follin Lane SE
Vienna, VA 22180

Pennsylvania Dept. of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

P**HFA**
Attn: Bankruptcy
211 N Front St
Harrisburg, PA 17101-1406

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Plusfinance/cws
Po Box 9222
Old Bethpage, NY 11804

Synchrony Bank/Gap
Attn: Bankruptcy Dept
P.O. Box 965065
Orlando, FL 32896-5065

Telecom Self-reported
Po Box 4500
Allen, TX 75013

Upgrade, Inc.
Attn: Bankruptcy
2 N Central Ave Fl 10
Phoenix, AZ 85004-2322

**Utility Self-reported**
Po Box 4500
Allen, TX 75013

**Wells Fargo Dealer Services**
Credit Bureau Operations
Attn: Bankruptcy
MAC D1127-028, PO Box 71092
Charlotte, NC 28272

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond Tax Lit &
Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617