**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | |
| | **Case No.: 26-12807-amc** |
| **Damien W Butts** | **Chapter 13** |
| | **Judge Ashely M. Chan** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * * |
| **Damien W Butts**<br>**Kenneth E. West** | **Date and Time of Hearing** |
| | ______________________________ |
| **Movant,** | |
| **vs** | **Related Document No. 13** |
| **Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto** | |
| **Respondents.** | |

**OBJECTION OF WELLS FARGO BANK, N.A. D/B/A WELLS FARGO AUTO TO THE CONFIRMATION OF THE PLAN (DOCKET NUMBER 13)**

Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto ("Creditor") by and through its undersigned counsel, objects to the confirmation of the currently proposed plan ("Plan") filed by Damien W Butts ("Debtor") as follows:

1. Creditor holds a security interest secured by a lien on Debtor's personal property commonly known as 2023 Tesla Model Y with the Vehicle Identification Number 7SAYGDEE4PF861416 ("Property").
2. Debtor's Plan seeks to improperly cramdown Creditor's lien to a secured value of $30,945.00 at an interest rate of 6.1%.
3. As of the bankruptcy petition filing date, Creditor believes the Property had a value of $32,675.00.
4. Pursuant to 11 U.S.C. §506, Creditor is entitled to a secured claim based on the replacement value of the property on the date the bankruptcy was filed. Creditor requests an opportunity to conduct a full interior and exterior appraisal.

5. Creditor is also entitled to interest on a cramdown claim of prime plus 1-3% pursuant to the Supreme Court's decision in *Till v. SCS Credit Corp., 124 S. Ct. 1951 (2004)*. Thus, Creditor objects to the currently proposed interest rate and asks that its claim be paid at an interest rate of 9.75%.

WHEREFORE, Creditor respectfully requests that the Court deny the confirmation of the Debtor's currently proposed Plan.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
Molly Simons (338992)
MDK Legal
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 26-12807-amc** |
| **Damien W Butts** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | ******************* |
| | : | |
| **Damien W Butts**<br>**Kenneth E. West** | : | **Date and Time of Hearing**<br>______________________________ |
| **Movant,** | : | |
| **vs** | : | **Related Document No. 13** |
| | : | |
| **Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto** | : | |
| **Respondents.** | : | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Objection of Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto to the Confirmation of the Original Plan was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Michael A. Cibik, Attorney for Damien W Butts, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Damien W Butts, 4819 N Mascher St, Philadelphia, PA 19120-4219

/s/ Adam B. Hall
______________________________

26-019796_ABH