# United States Bankruptcy Court
# Eastern District of Pennsylvania

| In re: | Case No. 26-12807-AMC |
|---|---|
| Damien W. Butts, | Chapter 13 |
| Debtor. | |

## Certificate of Service

I, Michael A. Cibik, certify that on November 2, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: November 2, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Method of Service: CM/ECF

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**PHFA**
Attn: Bankruptcy
211 N Front St
Harrisburg, PA 17101-1406

**Wells Fargo Dealer Services**
Credit Bureau Operations
Attn: Bankruptcy
MAC D1127-028, PO Box 71092
Charlotte, NC 28272

## Method of Service: First Class Mail

**Capital One Auto Finance**
c/o AIS Portfolio Services
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**U.S. Department of Housing and Urban Development**
801 Market Street 12th Floor
Philadelphia, PA 19107

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617