**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 26-12807-amc** |
| **Damien W Butts** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | ****************** |
| | : | |
| **Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto** | : | **Related Document # 20** |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Damien W Butts** | : | |
| **Kenneth E. West, Trustee** | : | |
| **Respondents.** | : | |

**PRAECIPE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 20)**

Now comes Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto ("Creditor") by and through counsel, and hereby withdraws its Objection to Confirmation of Plan which was filed in this Court on August 21, 2026. The Objection to Confirmation of Plan needs to be withdrawn because Debtor filed an amended plan on November 2, 2026, at docket 22, that resolves Creditor's objection.

Respectfully submitted,
/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
Molly Simons (338992)
MDK Legal
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

26-019796_KJB

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 26-12807-amc** |
| **Damien W Butts** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | *** * * * * * * * * * * * * * * * * * *** |
| | : | |
| **Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto** | : | **Related Document # 20** |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Damien W Butts** | : | |
| **Kenneth E. West, Trustee** | : | |
| **Respondents.** | : | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of Objection to Confirmation of Plan (Docket No. 20) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Michael A. Cibik, Attorney for Damien W Butts, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Damien W Butts, 4819 N Mascher St, Philadelphia, PA 19120-4219

/s/ Adam B. Hall

26-019796_KJB